**ORIGINAL**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 2 5 2013

JAMES N. HATTEN, Clerk

By
Deputy Clerk

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| In re Application of: | ) |
| | ) **1:13-MI-0101** |
| Anna Aleksandrovna Sergeeva, *a natural* | ) |
| *Person and Citizen of the Russian Federation* | ) |
| | ) |
| Applicant. | ) |
| | ) |

### EX PARTE APPLICATION FOR JUDICIAL ASSISTANCE IN
### OBTAINING EVIDENCE FOR USE IN A FOREIGN TRIBUNAL

Applicant Anna Aleksandrovna Sergeeva ("Ms. Sergeeva") respectfully

applies for an order under 28 U.S.C. § 1782 to obtain certain limited discovery

from Trident Corporate Services, Inc. ("Trident Atlanta") and from Ms. Gabriella

Pugh ("Ms. Pugh"), a Trident Atlanta employee, for use in court proceedings

pending in the Russian Federation.[1]   This limited discovery is vital to Ms.

Sergeeva's ability to combat her former husband's efforts to hide marital property

in the parties' pending post-divorce property-settlement action.

---

[1] This application may be filed *ex parte*. *See e.g., In re Consorcio Ecuatoriano de Telecomunicaciones S.A.*, 685 F.3d at 992 ("[T]he district court granted the ex parte application . . . ."); *In re Chevron Corp.*, No. 1:10–MI–0076-TWT-GGB, 2010 WL 8767265, at *5 (N.D. Ga. Mar. 2, 2010) ("§ 1782 ex parte applications are typically justified by the fact that the parties will be given adequate notice of any discovery taken pursuant to the request and will then have the opportunity to move to quash the discovery or to participate in it.") (citation omitted).

## JURISDICTION

This Court can properly exercise subject-matter jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1782(a).

Venue in this District is proper under 28 U.S.C. § 1391.

## PARTIES

Applicant Anna Aleksandrovna Sergeeva is a natural person and citizen of the Russian Federation.

Trident Corporate Services, Inc. is registered as a Georgia domestic for-profit corporation and is found in this District conducting business from its principal office at 3500 Piedmont Road, Suite 350, Atlanta, Georgia 30305. (*See* Georgia Secretary of State website records, true and correct copies of which are attached hereto as Exhibit 1.)

Gabriella Pugh is a natural person and an employee of Trident Atlanta. She resides in this District in DeKalb County, Georgia.

## 28 U.S.C. SECTION 1782(a)

Section 1782(a) of Chapter 28 of the United States Code permits a district court to order that discovery be provided to assist in proceedings before foreign tribunals:

> The district court of the district in which a person resides or is found may order him to give his testimony or statement or to

2

produce a document or other thing for use in a proceeding in a foreign or international tribunal, including criminal investigations conducted before formal accusation. The order may be made pursuant to a letter rogatory issued, or request made, by a foreign or international tribunal or upon the application of any interested person and may direct that the testimony or statement be given, or the document or other thing be produced, before a person appointed by the court. By virtue of his appointment, the person appointed has power to administer any necessary oath and take the testimony or statement. The order may prescribe the practice and procedure, which may be in whole or part the practice and procedure of the foreign country or the international tribunal, for taking the testimony or statement or producing the document or other thing. To the extent that the order does not prescribe otherwise, the testimony or statement shall be taken, and the document or other thing produced, in accordance with the Federal Rules of Civil Procedure.

A person may not be compelled to give his testimony or statement or to produce a document or other think in violation of any legally applicable privilege.

## **FACTUAL BACKGROUND AND LEGAL ARGUMENT**

Please Ms. Sergeev's *Memorandum of Law in Support of Ex Parte Application for Judicial Assistance in Obtaining Evidence for Use in a Foreign Tribunal*, filed contemporaneously herewith.

## **RELIEF REQUESTED**

WHEREFORE, Ms. Sergeeva respectfully requests that the Court grant her Application and enter an Order (1) directing Trident Atlanta to produce the

3

documents requested in Exhibit A of the Proposed Order within 30 days of service

of the Order upon them, (2) directing Gabriella Pugh to give testimony pursuant to

the subpoena in Appendix B of the Proposed Order within 30 days of service of the

Order upon her, and (3) for such other and further relief as the Court deems just

and proper.

Respectfully submitted this 25th day of July, 2013.

Lisa R. Strauss
Georgia Bar No. 686943
Fredric J. Bold, Jr.
Georgia Bar No. 544604

**BONDURANT, MIXSON & ELMORE, LLP**
3900 One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
Tel: (404) 881-4100
Fax: (404) 881-4111
*strauss@bmelaw.com*
*bold@bmelaw.com*

*Attorneys for Applicant Anna Aleksandrovna Sergeeva*

## CERTIFICATE OF COMPLIANCE

Undersigned counsel certifies the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Rule 5.1(c) and 7.1(D).

This 25th day of July, 2013.

Lisa R. Strauss

Lisa R. Strauss
Georgia Bar No. 686943
Fredric J. Bold, Jr.
Georgia Bar No. 544604