IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE APPLICATION OF: | : | CIVIL ACTION NO. |
| | : | 1:13-CV-3437-LMM-RGV |
| ANNA ALEKSANDROVNA | : | |
| SERGEEVA, *a natural person and* | : | |
| *citizen of the Russian Federation.* | : | |
| | : | |

## **ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation ("R&R"), Dkt. No. [58], which recommends that Trident Corporation Services, Inc.'s Motion to Dismiss for Mootness [55] be denied.

No objections have been filed in response to the Magistrate's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate's Recommendation for clear error and finds none. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. For the reasons stated in Magistrate Judge's R&R, Trident Corporation Services, Inc.'s Motion to Dismiss for Mootness [55] is **DENIED**.

**IT IS SO ORDERED** this 6th day of February, 2015.

LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE